RUSSELL LOGIE ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF FAIRFIELD ET AL.

The defendants' petitions for certification for appeal from the Court of Common Pleas in Fairfield County are denied.

*Thomas E. Minogue, Jr.,* and *Aaron B. Schless,* in support of the petition.

*Jonathan S. Bowman,* in opposition.

Submitted September 16—decided September 21, 1977

STATE OF CONNECTICUT *v.* BERNARD AVCOLLIE

The state's motion requesting a "direct appeal" from the Superior Court in the judicial district of Waterbury is dismissed as moot.

*Francis M. McDonald,* state's attorney, in support of the motion.

*John D. Jessep,* in opposition.

Submitted August 9—decided September 28, 1977

TOWN OF NEW MILFORD *v.* SCA SERVICE OF CONNECTICUT, INC.

The motion by John E. Silliman for permission to file a brief as amicus curiae in the appeal from the Superior Court in Litchfield County is granted.

*John E. Silliman,* in support of the motion.

Submitted September 1—decided September 28, 1977